# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 696 |
| | : | |
| APPOINTMENT TO THE CIVIL | : | CIVIL PROCEDURAL RULES DOCKET |
| PROCEDURAL RULES COMMITTEE. | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of April, 2019, Terrence R. Nealon, Jr., Esquire, Lackawanna County, is hereby appointed as a member of the Civil Procedural Rules Committee for a term of three years, commencing June 30, 2019.